1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   MICHAEL GRAVES,                              No. 2:14-cv-2330 CKD P
12                  Plaintiff,
13        v.                                      ORDER
14   AUDREY KING, et al.,
15                  Defendants.
16

Plaintiff, who is civilly committed under California law at the Coalinga State Hospital, has filed a civil rights action pursuant to 42 U.S.C. § 1983. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Fresno and Inyo Counties, which are part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Good cause appearing, and pursuant to Local Rule 120(f), this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

/////
/////
/////

1

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: October 14, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1

grav2330.22